# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

147213

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

THOMAS RAYMOND BENDER,
   Plaintiff-Appellant,

v

             SC: 147213
             COA: 312987
             Chippewa CC: 12-012107-AH

DEPARTMENT OF CORRECTIONS and
DEPARTMENT OF CORRECTIONS
DIRECTOR,
   Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the May 16, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



          Clerk

p1120